United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50081-KMS
Marianna Frances Mack     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Apr 28, 2025     Form ID: n031     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marianna Frances Mack, 4803 Jefferson Ave, Gulfport, MS 39507-4406 |
| sp | + | J. Heath Sullivan, Gulf South Law Firm, PLLC, 1423 24th Avenue Suite A, Gulfport, MS 39501-2068 |
| sp | + | Lauren R. Sullivan, Gulf South Law Firm, PLLC, 1423 24th Ave,, Gulfport, MS 39501-2068 |
| 5465726 | + | Bienville Surgical, 6300 E Lake Rd, Vancleave, MS 39565-6771 |
| 5465733 | + | Credit Systems, Po Box 1088, Fort Worth, TX 76101 |
| 5465736 | + | Gulf South Law Firm, 1423 24th Avenue, Ste A, Gulfport, MS 39501-2068 |
| 5467224 | ++ | MISSISSIPPI POWER, 420 W PINE STREET, HATTIESBURG MS 39401-3830 address filed with court:, Mississippi Power Company, 2992 W. Beach Blvd, Gulfport, MS 39501 |
| 5478306 | | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 19:55:15 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 19:54:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5465725 | | Email/Text: ebn@americollect.com | Apr 28 2025 19:49:00 | Americollect, Inc, Po Box 1566, 1851 South Alverno Rd, Manitowoc, WI 54221 |
| 5490299 | + | Email/Text: bankruptcyreports@wakeassoc.com | Apr 28 2025 19:49:00 | BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 5465727 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 28 2025 19:49:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5465731 | + | Email/Text: BKPT@cfna.com | Apr 28 2025 19:48:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5470058 | | Email/Text: BKPT@cfna.com | Apr 28 2025 19:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5465729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 19:54:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5465728 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 19:54:46 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5465730 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 28 2025 19:55:15 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5494080 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 20:05:43 | Capital One Auto Finance, a division of Capital, One, N.A. c/o AIS Portfolio Services LLC, 4515 N |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: n031 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5471512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 28 2025 20:05:31 | Carvana, LLC, Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5465732 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2025 19:49:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5465737 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2025 19:49:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5468810 | | Email/Text: mrdiscen@discover.com | Apr 28 2025 19:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5465734 | + | Email/Text: mrdiscen@discover.com | Apr 28 2025 19:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5465735 | | Email/Text: BNSFS@capitalsvcs.com | Apr 28 2025 19:48:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5465738 | + | Email/Text: ebone.woods@usdoj.gov | Apr 28 2025 19:49:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5481092 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2025 19:49:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5465739 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2025 19:49:00 | Jefferson Capital Systems, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5468590 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 19:54:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5465740 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 19:55:05 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5465741 | | Email/Text: ml-ebn@missionlane.com | Apr 28 2025 19:48:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5465742 | + | Email/Text: bnc@nordstrom.com | Apr 28 2025 19:49:12 | Nordstrom, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5480680 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2025 19:49:00 | Nordstrom, Inc., Jefferson Capital Systems LLC, Assignee, PO Box 7999, St. Cloud MN 56302-7999 |
| 5489436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2025 19:54:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5465743 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2025 19:55:15 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5465744 | | Email/Text: info@receivablerecovery.com | Apr 28 2025 19:48:00 | Receivable Recovery, Rrs - Attn: Bankruptcy, 110 Veterans Memorial, Ste 445, Metairie, LA 70005 |
| 5465745 | | Email/Text: bankruptcy@springoakscapital.com | Apr 28 2025 19:48:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5476996 | | Email/Text: bncmail@w-legal.com | Apr 28 2025 19:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5465746 | + | Email/Text: bncmail@w-legal.com | Apr 28 2025 19:49:00 | Target, C/O Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5465747 | ^ | MEBN | Apr 28 2025 19:47:24 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 32

District/off: 0538-6     User: mssbad     Page 3 of 3
Date Rcvd: Apr 28, 2025     Form ID: n031     Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5489802 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025       Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marianna Frances Mack trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |
| Wesley H. Blacksher | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50081−KMS
**Chapter:** 13

**In re:**

Marianna Frances Mack
fka Marianna Frances West
4803 Jefferson Ave
Gulfport, MS 39507

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/28/2025 (Dkt. # 36 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 28, 2025                                       Danny L. Miller, Clerk of Court