IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  MARIANNA FRANCES MACK          CHAPTER 13
                                       Case No. 25-50081-KMS

## TRUSTEE'S MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES & TO AUTHORIZE DISTRIBUTION OF SETTLEMENT PROCEEDS

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Approve Settlement, Special Counsel Fees and Expenses & to Authorize Distribution of Settlement Proceeds, and would show the following, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding as defined in 28 U.S.C. §157.

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 23, 2025. Warren A. Cuntz, Jr., is the duly appointed and acting Trustee of the Debtor's bankruptcy case.

3. On or about January 7, 2025, the Debtor was involved in an automobile collision in which she sustained injuries, and which resulted in a claim against Emmanuel Ferril and his insurance carrier, USA Insurance.

4. Heretofore, an Order was entered authorizing the employment of J. Heath Sullivan, Esq. and Lauren R. Sullivan, Esq. of Gulf South Law Firm, PLLC, to provide representation to the Trustee as Special Counsel (Dkt. 33).

5. A settlement has been reached whereby the claim against Emmanuel Ferril and his insurance carrier, USA Insurance, will be settled for the sum of $25,000.00. The Trustee requests that the Court approve the settlement of the claim.

6. The Trustee further requests that the Court award fees and expense reimbursement to Special Counsel and authorize a distribution of proceeds as follows:

   a. $10,000.00 in attorney fees to Special Counsel along with legal expense reimbursement in the amount of $411.75 for a total of $10,411.75;

   b. $ 2,400.00 to Shuttleworth Chiropractic Centre, P.A. (Account # x8268) to satisfy an outstanding bill for medical treatment;

   c. $ 293.18 to Credence on behalf of Blue Cross and Blue Shield to satisfy a subrogation lien (Case # xxxxxxxx0030);

  d. $1,250.00 in trusteeship administrative expense;

  e. $2,500.00 to the Debtor;

  f. $2,324.31 to satisfy the remaining balance owed on the Internal Revenue Service's priority claim # 11;

  g. $5,820.76 to timely filed and allowed non-priority, general unsecured claims;

 7. Finally, the Trustee requests authority to execute a release in favor of the Defendant(s) if requested to do so.

WHEREFORE, the Chapter 13 Trustee requests that the Court approve the settlement and distribution of proceeds as set forth herein and requests such other and further relief the Court deems appropriate in the premises.

Respectfully Submitted,

s/ *Phillip Brent Dunnaway*

PHILLIP BRENT DUNNAWAY

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, do hereby certify that I have served electronically, a true and correct copy of the above Motion to Approve Settlement, Special Counsel Fees and Expenses & to Authorize Distribution of Settlement Proceeds to:

David Asbach, Esq., United States Trustee USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Jr Esq., for the debtor trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Motion to the following:

J. Heath Sullivan
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501

Shuttleworth Chiropractic Centre, P.A.
P.O. Box 6674
Gulfport, MS 39506-6674

2

Credence
On behalf of BCBS
P.O. Box 10447
Birmingham, AL 35202-0500

and parties in interest, see attachment "A".

DATED this the  18th  day of  June  2025.

s/ *Phillip Brent Dunnaway*

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-50081-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Jun 18 09:04:29 CDT 2025 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC<br>c/o Wakefield & Associates, LLC<br>Po Box 58<br>Fort Morgan, CO 80701-0058 |
| Bienville Surgical<br>6300 E Lake Rd<br>Vancleave, MS 39565-6771 | Bridgecrest Acceptance<br>Po Box 53087<br>Suite 100<br>Phoenix, AZ 85072-3087 | CFNA<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Auto<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2359 | Capital One Auto Finance, a division of Capi<br>One, N.A. c/o AIS Portfolio Services LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Carvana, LLC<br>Carvana, LLC / Bridgecrest<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Credit Collection<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Credit Systems<br>Po Box 1088<br>Fort Worth, TX 76101 | Department of Treasury - Internal Revenue Se<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Gulf South Law Firm<br>1423 24th Avenue<br>Ste A<br>Gulfport, MS 39501-2068 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | Jefferson Capital Systems<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | (p)MISSISSIPPI POWER<br>420 W PINE STREET<br>HATTIESBURG MS 39401-3830 | Nordstrom<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 |

EXHIBIT A

| | | |
|---|---|---|
| Nordstrom, Inc.<br>Jefferson Capital Systems LLC, Assignee<br>PO Box 7999<br>St. Cloud MN 56302-7999 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)RECEIVABLE RECOVERY SERVICES LLC<br>ATTN ANNA MARTIN<br>110 VETERANS MEMORIAL BLVD STE 445<br>METAIRIE LA 70005-4931 |
| (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE VA 23327-1216 | (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 |
| Target<br>C/O Financial & Retail Services<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| J. Heath Sullivan<br>Gulf South Law Firm, PLLC<br>1423 24th Avenue Suite A<br>Gulfport, MS 39501-2068 | Lauren R. Sullivan<br>Gulf South Law Firm, PLLC<br>1423 24th Ave,<br>Gulfport, MS 39501-2068 | Marianna Frances Mack<br>4803 Jefferson Ave<br>Gulfport, MS 39507-4406 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | (p)WARREN A  CUNTZ  T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 | |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect, Inc<br>Po Box 1566<br>1851 South Alverno Rd<br>Manitowoc, WI 54221 | First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | Mississippi Power Company<br>2992 W. Beach Blvd<br>Gulfport, MS 39501 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Receivable Recovery<br>Rrs - Attn: Bankruptcy<br>110 Veterans Memorial<br>Ste 445<br>Metairie, LA 70005 |
| Spring Oaks Capital<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | Warren A. Cuntz T1 Jr.<br>P. O. Box 3749<br>Gulfport, MS 39505-3749 |