IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: MARIANNA FRANCES MACK      CHAPTER 13
    Case No. 25-50081-KMS

## NOTICE

PLEASE TAKE NOTICE that a written response to the attached Motion to Approve Settlement, Special Counsel Fees and Expenses, and to Authorize Distribution of Proceeds must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this notice. Failure to file a response within the twenty-one (21) day period may result in the relief requested by the Motion being granted by default.

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, do hereby certify that I have served electronically, a true and correct copy of the above Notice of Motion to Approve Settlement, Special Counsel Fees and Expenses & to Authorize Distribution of Settlement Proceeds to:

David Asbach, Esq., United States Trustee      USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Jr Esq., for the Debtor      trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice to the following:

J. Heath Sullivan, Esq.
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, MS 39501

Shuttleworth Chiropractic Centre, P.A.
P.O. Box 6674
Gulfport, MS 39506-6674

Credence
On behalf of BCBS
P.O. Box 10447
Birmingham, AL 35202-0500      and parties in interest, see attachment "A".

DATED this the ___18th___ day of ___June___ 2025.

s/ *Phillip Brent Dunnaway*

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 25-50081-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Jun 18 09:04:29 CDT 2025 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC<br>c/o Wakefield & Associates, LLC<br>Po Box 58<br>Fort Morgan, CO 80701-0058 |
| Bienville Surgical<br>6300 E Lake Rd<br>Vancleave, MS 39565-6771 | Bridgecrest Acceptance<br>Po Box 53087<br>Suite 100<br>Phoenix, AZ 85072-3087 | CFNA<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Auto<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2359 | Capital One Auto Finance, a division of Capi<br>One, N.A. c/o AIS Portfolio Services LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Carvana, LLC<br>Carvana, LLC / Bridgecrest<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Credit Collection<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Credit Systems<br>Po Box 1088<br>Fort Worth, TX 76101 | Department of Treasury - Internal Revenue Se<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| Gulf South Law Firm<br>1423 24th Avenue<br>Ste A<br>Gulfport, MS 39501-2068 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | Jefferson Capital Systems<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | (p)MISSISSIPPI POWER<br>420 W PINE STREET<br>HATTIESBURG MS 39401-3830 | Nordstrom<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 |

EXHIBIT A

| | | |
|---|---|---|
| Nordstrom, Inc.<br>Jefferson Capital Systems LLC, Assignee<br>PO Box 7999<br>St. Cloud MN 56302-7999 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)RECEIVABLE RECOVERY SERVICES LLC<br>ATTN ANNA MARTIN<br>110 VETERANS MEMORIAL BLVD STE 445<br>METAIRIE LA 70005-4931 |
| (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>CHESAPEAKE VA 23327-1216 | (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 |
| Target<br>C/O Financial & Retail Services<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| J. Heath Sullivan<br>Gulf South Law Firm, PLLC<br>1423 24th Avenue Suite A<br>Gulfport, MS 39501-2068 | Lauren R. Sullivan<br>Gulf South Law Firm, PLLC<br>1423 24th Ave,<br>Gulfport, MS 39501-2068 | Marianna Frances Mack<br>4803 Jefferson Ave<br>Gulfport, MS 39507-4406 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | (p)WARREN A  CUNTZ  T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect, Inc<br>Po Box 1566<br>1851 South Alverno Rd<br>Manitowoc, WI 54221 | First Savings Bank<br>Attn: Bankruptcy<br>P.O. Box 5019<br>Sioux Falls, SD 57117 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-9617 |
| Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 | Mississippi Power Company<br>2992 W. Beach Blvd<br>Gulfport, MS 39501 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Receivable Recovery<br>Rrs - Attn: Bankruptcy<br>110 Veterans Memorial<br>Ste 445<br>Metairie, LA 70005 |
| Spring Oaks Capital<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | Warren A. Cuntz T1 Jr.<br>P. O. Box 3749<br>Gulfport, MS 39505-3749 |