

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE: MARIANNA FRANCES MACK**   **CHAPTER 13**
                                    **Case No. 25-50081-KMS**

### ORDER APPROVING MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES AND AUTHORIZING DISTRIBUTION OF PROCEEDS (DKT.43)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Approve Settlement, Special Counsel Fees & Expenses and to Authorize Distribution of Proceeds (Dkt. 43), and the Court finding notice issued, yet no timely response to the Motion has been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion (Dkt. 43) is hereby granted and the settlement of the Debtor's claim against Emmanuel Ferril and his insurance carrier, USA Insurance, is hereby approved for the sum of $25,000.00. It is further,

ORDERED that the Court awards legal fees and expense reimbursement to Special Counsel and authorizes a distribution of settlement proceeds as follows:

    a.    $ 10,000.00 in attorney fees to Special Counsel along with legal expense reimbursement in the amount of $411.75 for a total of $10,411.75;

    b.    $ 2,400.00 to Shuttleworth Chiropractic Centre, P.A. (Account # x8268) to satisfy a bill for medical treatment;

    c.    $ 293.18 to Credence on behalf of Blue Cross and Blue Shield to satisfy a subrogation lien (Case # xxxxxxxx0030);

    d.    $ 1,250.00 in trusteeship administrative expense;

    e. $ 2,500.00 to the Debtor;

    f. $ 2,324.31 to satisfy the remaining balance owed on the Internal Revenue Service's priority claim # 11;

    g. $ 5,820.76 to timely filed and allowed non-priority, general unsecured claims.

IT IS FURTHER ORDERED that the Trustee is authorized to execute a release in favor of the Defendant(s) if requested to do so.

##END OF ORDER##

Prepared by:

Phillip Brent Dunnaway, Esq. (100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749