United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50081-KMS
Marianna Frances Mack Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jul 16, 2025      Form ID: pdf012      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marianna Frances Mack, 4803 Jefferson Ave, Gulfport, MS 39507-4406 |
| sp | + | J. Heath Sullivan, Gulf South Law Firm, PLLC, 1423 24th Avenue Suite A, Gulfport, MS 39501-2068 |
| sp | + | Lauren R. Sullivan, Gulf South Law Firm, PLLC, 1423 24th Ave,, Gulfport, MS 39501-2068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Special Counsel Lauren R. Sullivan pdunnaway@gport13.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Phillip Brent Dunnaway | on behalf of Special Counsel J. Heath Sullivan pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marianna Frances Mack trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6   User: mssbad   Page 2 of 2
Date Rcvd: Jul 16, 2025   Form ID: pdf012   Total Noticed: 3

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

Wesley H. Blacksher
    on behalf of Creditor Bridgecrest Credit Company  LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 7



**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE: MARIANNA FRANCES MACK**          **CHAPTER 13**
                                           **Case No. 25-50081-KMS**

### ORDER APPROVING MOTION TO APPROVE SETTLEMENT, SPECIAL COUNSEL FEES & EXPENSES AND AUTHORIZING DISTRIBUTION OF PROCEEDS (DKT.43)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Approve Settlement, Special Counsel Fees & Expenses and to Authorize Distribution of Proceeds (Dkt. 43), and the Court finding notice issued, yet no timely response to the Motion has been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion (Dkt. 43) is hereby granted and the settlement of the Debtor's claim against Emmanuel Ferril and his insurance carrier, USA Insurance, is hereby approved for the sum of $25,000.00. It is further,

ORDERED that the Court awards legal fees and expense reimbursement to Special Counsel and authorizes a distribution of settlement proceeds as follows:

    a.    $ 10,000.00 in attorney fees to Special Counsel along with legal expense reimbursement in the amount of $411.75 for a total of $10,411.75;

    b.    $ 2,400.00 to Shuttleworth Chiropractic Centre, P.A. (Account # x8268) to satisfy a bill for medical treatment;

    c.    $ 293.18 to Credence on behalf of Blue Cross and Blue Shield to satisfy a subrogation lien (Case # xxxxxxxx0030);

    d.    $ 1,250.00 in trusteeship administrative expense;

    e. $ 2,500.00 to the Debtor;

    f. $ 2,324.31 to satisfy the remaining balance owed on the Internal Revenue Service's priority claim # 11;

    g. $ 5,820.76 to timely filed and allowed non-priority, general unsecured claims.

  IT IS FURTHER ORDERED that the Trustee is authorized to execute a release in favor of the Defendant(s) if requested to do so.

##END OF ORDER##

Prepared by:

Phillip Brent Dunnaway, Esq. (100443)
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749